

1  Lewis O. Romero (CA SBN 197231)
2  Ariel Boyce-Smith (CA SBN 256736)
   885 Bryant Street, Suite 202
3  San Francisco, CA 94103
   415-581-0885
4  415-581-0887 Facsimile

5  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.:  CR-09-0400 JW** |
| Plaintiff, ) | |
| ) | **STIPULATED REQUEST TO CONTINUE** |
| v. ) | **STATUS HEARING OR ANTICIPATED** |
| ) | **DEFENDANT'S PRETRIAL MOTIONS** |
| MARLON JERMAINE SPENCER, ) | **DATE TO NOVEMBER 23, 2009 AND TO** |
| ) | **EXCLUDE TIME UNDER THE SPEEDY** |
| Defendant. ) | **TRIAL ACT** |
| ) | |
| ) | **Date: October 5, 2009** |
| ) | **Time: 1:30 p.m.** |
| ) | **Court: Hon. James Ware** |

The above-captioned matter is currently set on October 5, 2009 before this Court for status hearing or anticipated defendant pretrial motions.  The parties request that this Court continue the status hearing to November 23, 2009 at 1:30 p.m. and that the Court continue to exclude time under the Speedy Trial Act between October 5, 2009 and November 23, 2009.

On August 27, 2009 defense counsel requested from the Monterey County Superior court a copy of the entire search warrant application (search warrant #4992) including the statement of probable cause.

The request was not processed.  After numerous follow-up phone calls from defense counsel to the Monterey County Superior Court an additional request was sent on September 8,

1  2009.  On September 17, 2009 the clerk of the Monterey County Superior court responded to
2  defense counsel's second request for a copy of the search warrant application including the
3  statement of probable cause, search warrant #4992.  Defense counsel was informed that the
4  statement of probable cause was sealed and could only be disclosed pursuant to a court order
5  under *People v. Hobbs* (1994) 7 Cal. 4th 948.

6  Defense counsel informed AUSA Shawna Yen of this fact.  AUSA Shawna Yen is now
7  investigating the circumstances surrounding the sealing of the search warrant documents.  Ms.
8  Yen has informed defense counsel she will update our office as soon as she has more information
9  regarding the circumstances of the sealing of the statement of probable cause.  As a result, the
10 parties need additional time.

11 The Defendant intends to file a motion to suppress in this matter and an integral part of
12 that motion requires a review of the entire search warrant application and statement of probable
13 cause. These sealed documents are necessary to effectively prepare the papers and filings on the
14 motion to suppress.  For those reasons, the parties stipulate and request that the Court continue
15 the hearing and exclude time between October 5, 2009 and November 23, 2009 under the Speedy
16 Trial Act for reasonable time necessary for counsel to effectively prepare, pursuant to 18 U.S.C.
17 § 3161(h)(8)(B)(iv).  The parties jointly agree that the ends of justice served by granting the
18 continuance outweigh the best interests of the public and the defendant in a speedy trial.

21 Dated September 29, 2009

23 /S/ Ariel Boyce-Smith                                         /S/ Shawna Yen
   Ariel Boyce-Smith                                              Shawna Yen
24 Attorney for Defendant                                        Assistant United States Attorney

25 I hereby attest that I have authorization to file this document on behalf of those
26 individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed
27 document.

US v. Spencer—Stipulation and Proposed Order                                                                2
CR 09-0400-JW

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARLON JERMAINE SPENCER,<br><br>　　　　　Defendant. | **Case No.: CR-09-0400 JW**<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE STATUS HEARING OR ANTICIPATED DEFENDANT'S PRETRIAL MOTIONS TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Date: October 5, 2009**<br>**Time: 1:30 p.m.**<br>**Court: Hon. James Ware** |

　　　　The parties jointly requested that the status hearing or anticipated defendant pretrial motions in this matter be continued from October 5, 2009 to November 23, 2009, and that time be excluded under the Speedy Trial Act between October 5, 2009 to November 23, 2009 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefore, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

///

///

1  **IT IS HEREBY ORDERED** that this matter is set for status hearing or anticipated
2  defendant's pretrial motions on November 23, 2009 at 1:30 p.m. and that time between October
3  5, 2009 to November 23, 2009 will continue to be excluded under the Speedy Trial Act to allow
4  for the effective preparation of counsel, taking into account the exercise of due diligence.

7  DATED: October 2, 2009                                   /s/ James Ware
8                                                    HONORABLE JAMES WARE
9                                                    United States District Court Judge