Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant MARLON SPENCER

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
11/12/2010

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARLON SPENCER,<br><br>    Defendants. | No. 09-00400 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161** |

       The United States of America, by Grant P. Fondo, Assistant United States Attorney, and the defendant in the above case, by and through his attorney Peter A. Leeming, hereby enter into this joint stipulation.

    The parties stipulate, and ask the Court to adopt as its FINDINGS that:

    1.   This case is currently set for pretrial conference on November 15, 2010 at 1:30 P.M.  Through this stipulation, the

Joint Stipulation and Proposed Order continuing pretrial conference date [Spencer]    -1-

parties are requesting the pretrial conference be continued until December 6, 2010, at 1:30 P.M.

    2.    Mr. Spencer is charged by an indictment filed 4/16/2009 with possession with intent to distribute of crack cocaine. The mandatory minimum penalty for that offense was 10 years imprisonment. On June 9, 2009 the government flied an information pursuant to 21 U.S.C. § 841, which increased the mandatory minimum to 20 years.

    3.    The parties are attempting to reach a resolution and have agreed to participate in a settlement conference. That process will not be completed by November 15, however, so the parties are requesting that the pretrial conference date be continued to December 6, 2010, at 1:30 PM.

    4.    Both sides therefore respectfully request that the court order as follows:

    1.    That the current pretrial conference date of November 15, 2010 be vacated;

    2.    That a new pretrial conference date of December 6, 2010 at 1:30 be set, with pretrial filings due in accordance with the local rules.

    3.    The Court has previously found that an exclusion of time is appropriate and necessary in order to allow the effective preparation of counsel and to complete investigation, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(4), and that exclusion remains appropriate under the circumstances.

1   IT IS SO STIPULATED

2   Dated: November 8, 2010   By:_____/S/_____
                                  GRANT P. FONDO, Assistant
3                                 United States Attorney

4

5

6   Dated: November 8, 2010   By:_____/S/_____
                                  PETER A. LEEMING, attorney
7                                 for MARLON SPENCER

Joint Stipulation and Proposed Order continuing pretrial conference date [Spencer]                -3-

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
11/12/210

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-00400 JW |
| Plaintiff, ) | **[PROPOSED] ORDER** |
| vs. ) | |
| Marlon Spencer, ) | |
| Defendant ) | |

**ORDER**

For the reasons stated in the above stipulation, the pretrial conference date of November 15, 2010 is vacated. The case will be set for **November 22,** 2010 at 1:30 PM for further pretrial conference.

An exclusion of time is appropriate and necessary in order to allow the effective preparation of counsel and to complete investigation, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(4).

IT IS SO ORDERED.

Dated: November 12, 2010

_____
The Honorable James Ware

Joint Stipulation and Proposed Order continuing pretrial conference date [Spencer]           -4-