Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant MARLON SPENCER

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware
2/25/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-00400 JW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING DATE** |
| vs. | |
| MARLON SPENCER, | |
| Defendants. | |

       The United States of America, by Grant P. Fondo, Assistant United States Attorney, and the defendant in the above case, by and through his attorney Peter A. Leeming, hereby enter into this joint stipulation.

       The parties stipulate, and ask the Court to adopt as its FINDINGS that:

Joint Stipulation and Proposed Order continuing sentencing hearing [Spencer]                              -1-

1. This case is currently set for a sentencing hearing on February 28, 2011 at 1:30 P.M.  Through this stipulation, the parties are requesting that the sentencing hearing be continued one week until March 7, 2011, at 1:30 P.M.

2. Counsel for Mr. Spencer, Peter A. Leeming, is scheduled to be in state court in Palo Alto on February 28, 2011, at 1:30 PM.  This court appearance was set by another attorney who specially appeared when Mr. Leeming was selecting a jury in US v. Roscoe, et al, No. Cr-07-00373 RMW.

3. The government does not object to the one week continuance.

4. Both sides therefore respectfully request that the court order that the current sentencing date of February 28, 2011 be continued to March 7, 2011 at 1:30 PM, and

IT IS SO STIPULATED

Dated: February 22, 2011 By:_____/S/_____
                                GRANT P. FONDO, Assistant
                                United States Attorney


Dated: February 22, 2011 By:_____/S/_____
                                PETER A. LEEMING, attorney
                                for MARLON SPENCER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-00400 JW |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Marlon Spencer, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

**ORDER**

For the reasons stated in the above stipulation, the Court hereby orders that the sentencing hearing in the above case is continued from February 28, 2011 to March 14, 2011 at 1:30 PM.

IT IS SO ORDERED.

Dated: February 25, 2011

_____
The Honorable James Ware